

Justin MacLean
Tel 212.801.3137
Justin.MacLean@gtlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/2024

July 10, 2024

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

7/10/2024 Refer to Judge Moses for discovery and RPT

Re:   *Palm Valley Music LLC v. Citizen Watch Company of America, Inc. d/b/a Bulova*, Case No. 1:24-cv-01637 (CM) (BCM)

Dear Judge McMahon:

    We represent Defendant Citizen Watch Company of America, Inc. d/b/a Bulova ("Bulova") in the above-captioned action. Pursuant to Section V.B of Your Honor's Individual Practices and Section 8.a of the Civil Case Management Plan in this case (ECF 15), we request that the Court issue an order of reference to Magistrate Judge Barbara C. Moses for discovery supervision, as a discovery dispute has arisen between the parties concerning Plaintiff's Initial Disclosures under Fed. R. Civ. P. 26(a)(1)(a)(iii). Bulova intends to file a pre-motion letter per Magistrate Judge Moses' Individual Practices, after the order of reference is entered.

Respectfully submitted,

*/s/ Justin A. MacLean*

cc:   Counsel of Record (via ECF)

Greenberg Traurig, LLP | Attorneys at Law
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400
www.gtlaw.com