UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALM VALLEY MUSIC LLC,

        Plaintiff,

  -against-

CITIZEN WATCH COMPANY OF AMERICA,
INC. d/b/a BULOVA,

        Defendant.

24-CV-1637 (CM) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2024

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated during today's telephonic discovery conference, plaintiff Palm Valley Music LLC must, no later than **August 1, 2024**, serve an updated damages computation in accordance with Fed. R. Civ. P. 26(a)(1)(A)(iii), providing a reasoned explanation, based on the information now reasonably available to it, as to how it derived its estimate of $3.75 million in lost licensing revenue from the three data points disclosed in its June 17, 2024 supplemental disclosure. No fees are awarded to either party. The Clerk of Court is respectfully directed to close the letter-motion at Dkt. 26.

Dated: New York, New York
      July 22, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**