USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALM VALLEY MUSIC LLC, | |
| Plaintiff, | 24-CV-1637 (CM) (BCM) |
| -against- | **ORDER** |
| CITIZEN WATCH COMPANY OF AMERICA, INC. d/b/a BULOVA, | |
| Defendant. | |

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received defendant's letter-motion seeking discovery relief (Dkt. 37), plaintiff's opposition letter (Dkt. 40), and defendant's reply letter. (Dkt. 45.) Judge Moses will hold a discovery conference on **September 24, 2024, at 10:00 a.m.,** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Ahead of the conference, counsel for the parties must meet and confer in good faith and in "real time" (e.g., in person or by telephone) for at least 30 minutes, in an attempt to resolve their dispute. No later than **September 20, 2024**, the parties shall file a joint letter, signed by counsel for both parties, affirming that they met and conferred in real time, and outlining – succinctly – what issues remain.

The Court has also received plaintiff's letter-motion (Dkt. 39) requesting that certain documents attached to its opposition letter remain under seal, and defendant's letter-motion (Dkt. 43) requesting that a certain document attached to its reply letter remain under seal. The Court notes that defendant filed its opening letter-motion both under seal (Dkt. 37) and in redacted form (Dkt. 38), but did not file a corresponding motion to seal.

No later than **September 19, 2024**, defendant shall either (a) file a sealing motion, as to its opening letter-motion, in accordance with § 3 of Judge Moses's Individual Practices, or (b) advise the Court by letter, filed on ECF, that Exhibits 1-9 attached to its letter-motion at Dkt. 37 may

be unsealed.

The parties are reminded that it is the Court's practice to decide discovery disputes at the conference, based on the parties' letters and such argument as may be presented at the conference.

Dated: New York, New York
      September 17, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**