USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALM VALLEY MUSIC LLC,

        Plaintiff,

-against-

CITIZEN WATCH COMPANY OF AMERICA, INC. d/b/a BULOVA,

        Defendant.

24-CV-1637 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In its Order dated September 17, 2024 (Dkt. 47), scheduling a discovery conference, the Court erroneously stated that defendant did not file a sealing motion corresponding to its opening letter-motion seeking discovery relief. The Court regrets the error, and consequently, vacates the portion of the Order directing defendant to either file a sealing motion as to its opening letter-motion, or advise the Court whether the exhibits attached to its opening letter-motion may be unsealed.

The Court adheres to the remainder of the September 17 Order.

Dated: New York, New York
      September 17, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**